UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                     Miscellaneous Case No. 1:12-mc-18-JL

<u>Charles Holland</u>

<u>O R D E R</u>

      I herewith approve the [5] Report and Recommendation of Magistrate Judge Landya B. McCafferty dated June 11, 2012, no objection having been filed.

      It is hereby ordered that the taxpayer, Charles Holland, obey the summonses and that he appear on July 10, 2012, at 10:00 a.m., at the IRS office located at 80 Daniel Street, Portsmouth, New Hampshire, before Revenue Officer Andrea Mahoney (or any other authorized Revenue Officer of the IRS) to give testimony and produce all books and records in his possession or control required and called for by the terms of the summonses of November 14, 2011.

      I further order that the government be awarded its costs.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are

precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

SO ORDERED.


Date:   June 29, 2012                    /s/ Joseph N. Laplante
                                         Joseph   N. Laplante
                                         Chief Judge



cc:   Gretchen Leah Witt, AUSA
      Charles Holland, pro se